# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

144587

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 144587
                                  COA: 300060

J.D. KIM-CORNEIL ROBINSON,
       Defendant-Appellant.
                                  Wayne CC: 09-024301-FC

_____/

      On order of the Court, the application for leave to appeal the December 13, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012                                      _____
                                                 Clerk

h0927